In the Matter of: **Grant Russell Garvens**
**Angela Juliann Villas**                Chapter **13**

Debtor(s).            Case No. **14-20187**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

**Grant Russell Garvens**     **Angela Juliann Villas**     (Name of proponent of modification) has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**Robert E. Haney 1023054**
**6714 W. Fairview Avenue**
**Milwaukee, WI 53213**
**414-271-5656**
**414-271-6339**

You must also mail a copy to:

> **Robert E. Haney**
> **Law Shield of Wisconsin, LLC**
> **6714 W. Fairview Avenue**
> **Milwaukee, WI 53213**

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1.  The Proponent of this modification is:
    - **X** the Debtor;
    - ___ the Chapter 13 Trustee (post-confirmation modifications only);
    - ___ the holder of an unsecured claim (Name: _____ ) (post-confirmation modifications only).
2.  This is a request to modify a Chapter 13 Plan (Select A. or B.):
    A. ___ post-confirmation;
    B. **X** pre-confirmation (Select i. or ii.);
      i. **X** Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
      ii. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (List creditors)
3.  The Proponent wishes to modify the Chapter 13 Plan to do the following: address the Trustee's objection to the Sec. 10 language contained in the First Modified Plan.
4.  The reason(s) for the modification is to remove the objectionable language.
5.  Select A. or B.

A. _____ The Chapter 13 Plan confirmed or last modified on _____ (date) is modified as follows: (State the specific language of the modification.)

B. **X** The unconfirmed Chapter 13 Plan dated **March 18, 2014** is modified as follows: Section 10 is **amended to read:**

**10. Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below. **The provisions will not be effective unless there is a check in the notice box preceding Paragraph 1 of this plan.**

Section 2 - Plan Payments
__X__ IF CHECKED, Plan payments will increase **as set forth below** upon completion or termination of **initial payment period which will be 4 months.**

_____ IF CHECKED, No Plan payments will be due for the months of during the term of the plan. (Summer Skip Provision)

**\*Detailed Payment Schedule:**

**Beginning in month five, Debtor's payments will increase to $66.25 weekly and Co-Debtor's payments will increase to $132.47 bi-weekly. Payments to be made through wage assignments. Combined, their monthly payments will be $574.12.**

**In recognition that the 2009 Vulcan Nomad is not necessary for the welfare of the Debtors or their dependents, debtors will pay into the plan a minimums of $2,821.54 (the amount of the debt claimed by Springleaf Financial Services in Claim No. 7) to the general unsecured creditors.**

**Secured creditors will be paid one-half (1/2) of each monthly payment on a pro rata basis between them until the attorney's fees are paid in full. The other half of the monthly payments will be paid for administrative fees, including the attorney's fees. This applies to monthly payments only. Pursuant to 507(a)(2) and 1326(b)(1), any tax refund submission received by the trustee will first be used to pay any balance of Debtor's Attorney's Fees.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6 **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated **April 24, 2014** at **Milwaukee**, **Wisconsin**.

**Law Shield of Wisconsin, LLC**
Attorneys for **Grant Russell Garvens**
**Angela Juliann Villas**

By: **Robert E. Haney**
Atty. Name
Bar No. **1023054**

# CERTIFICATION

I, Robert E. Haney, attorney for the debtors , Grant Russell Garvens and Angela Juliann Villas certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

   --/s/--

Robert E. Haney
Counsel for the Debtor

<u>Address</u>
**6714 W. Fairview Avenue
Milwaukee, WI 53213
414-271-5656
414-271-6339
info@lawshieldofwisconsin.com**