THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 11, 2014



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Grant Russell Garvens and
Angela Juliann Villas,
          Debtors.

Chapter 13
Case No. 14−20187−svk

## ORDER CONFIRMING MODIFIED PLAN

The Debtors' modified plan was filed on 05/13/2014. The plan was transmitted to those creditors required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or Order of the Court, and no objections were filed. Upon review of the plan and the entire file in this case, the Court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The Debtors' chapter 13 plan is confirmed. This order gives effect to all of the plan's terms. The following is only a partial summary of those terms.

1. Payments of $535.00 monthly for four months, then $574.12 monthly for 56 months for a total of 60 months.

2. The effective date of the plan is 6/9/2014.

3. The plan projects not less than $2,821.54 on unsecured claims.

4. The Debtors must provide copies of state and federal income tax returns to the trustee each year by April 30th of the year in which the return is due, and shall comply with any requirements of the plan regarding tax refunds.

5. The Debtors shall not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

6. If the Debtors are engaged in business, the Debtors shall provide periodic financial statements to the trustee.

7. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 shall be paid, in deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

#####